# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                             Case No. 05-12679 BKC AJC

**DOBSON, LISETTE J.**

                                                    Chapter  7

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

        Applicant, __**Adams & Cohen**_____, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ 1,168.21, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of _Patson Investment Corp.,_ Applicant further states that:

1.      (Indicate one of the following items:)

        ____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant.  If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

        _____ Applicant is either a family member or other authorized personal representative  of an incapacitated or deceased individual in whose name funds were deposited or   a successor in interest to the individual or business under whose name the funds were deposited.  **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government  photo id of applicant to prove applicant's identity.

        _____ Applicant is the duly authorized representative for the business or

corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

_____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.  Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.  Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: _5- 13-10_

_Patson Investment Corp._
Name Under Which Funds Were Deposited

_4_
Claim Number
_Patson Investment Corp._
Name of Party On Whose Behalf
Application Was Filed*

Address:_F-200 P.O. Box 521708_

_Miami, FL 33152-1700_

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #)___2751_____

_Jairo A. Camargo/_____ Manager
Print Name and Title of Applicant

_Adams & Cohen_____
Print Company Name

_P.O. Box 546293_____
Print Street Address

_Miami Beach, FL 33154_____
Print City and State

_(888) 978-9990_____
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on __5/13/10__

NOTARY PUBLIC, AT LARGE
STATE OF _Florida_

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No. 05-12679 BKC AJC

                                                          Chapter   7

**DOBSON, LISETTE J.**


_____ Debtor \_\_\_\_ /

### AFFIDAVIT OF CLAIMANT

I, \_\_ Giuseppina Rosmo de Stahl _____ , am (indicate status of claimant)

(  ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to \_\_**Adams & Cohen**_____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(   ) the  duly authorized representative for the claimant "business" _____
_____; or

(  ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to \_**Adams & Cohen**_____, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to \_\_**Adams & Cohen**_____, a "funds locator" or attorney, to submit an application on my behalf; or

( X ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to \_\_**Adams & Cohen**_____a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $1.168.21 deposited in this court in the name of _Patson Investment Corp._ and representing claim number 4 (if no claim was filed write "scheduled" in blank space).

     2 **.** Claimant History:  Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds.  Attach certified copies of all necessary documentation, including those which establish the chain of

LF-28 (rev. 12/01/09)              Page 1  of  2

ownership of the original corporate claimant.  Also attach a copy of an official government photo id to prove your identity.

3.  I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: _5/5/2010_

_____
signature of claimant or representative of "business" claimant
_Giuseppina Rosmo de Stahl_____
print name
_Claimant's Representative_____
title

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

_F-200 P.O. Box 521708, Miami, FL 33152-1700_
address

_(502) 2332-7383_____
Phone number

_____n/a_____
signature of joint debtor (if applicable)

_____n/a_____
print name

_____n/a_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me
on _May 5th, 2010_.

_Gustavo Hernandez Castro_____
NOTARY PUBLIC, AT LARGE

Gustavo Hernández Castro
ABOGADO Y NOTARIO

K0508738

STATE OF _Guatemala, Guatemala_.

LF-28 (rev. 12/01/09)          Page 2 of 2

## CORPORATE LIMITED POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS,** that I,

  **Giuseppina Rosmo de Stahl, Authorized Representative of Paston Investment Corp.** acting on its behalf hereby state that as such, I am authorized to seek recovery of the unclaimed, undistributed, or undelivered tenders of funds belonging to **Paston Investment Corp.** held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this ___5th___ day of ___May___, 2010

By _____
  Giuseppina Rosmo de Stahl

State of _Guatemala, Guatemala_

  The above named Giuseppina Rosmo de Stahl known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: _____
             Notary Public
          Gustavo Hernandez Castro.

My commission expires: _Not expires._

**Gustavo Hernández Castro**
ABOGADO Y NOTARIO

K0508728

## LIMITED POWER OF ATTORNEY
### (For one transaction only)

I, **Giuseppina Rosmo de Stahl**, do hereby grant to *ADAMS & COHEN* my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$ 1,168.21.**

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original. The person signing this Power of Attorney represents and warrants that he (she) has authority to sign for the corporation.

I do hereby certify that the foregoing is true and correct.

_____
Signature

---

## NOTARY ACKNOWLEDGMENT

State of __Guatemala, Guatemala__

SUBSCRIBED AND SWORN on the 5th day of ___May___, 2010 before me, personally appeared _Giuseppina Rosmo deS_, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** __Guatemalan Passport 000456361__

WITNESS my hand and official seal

Signature _____
Notary Public                                          My commission expires:
Gustavo Hernandez Castro.                    Not expires.

**Gustavo Hernández Castro**
ABOGADO Y NOTARIO

K0508736

FAX NO. :3054447020          . 20 2005 12:23PM P2

## REAFFIRMATION OF GUARANTY

THIS REAFFIRMATION OF GUARANTY (the "Reaffirmation of Guaranty") is entered into as of this 17th day of March 2003 by and among Alvaro Siman, Fernando Siman Jr., Eduardo Jubis, Lisette Jubis Joanides, Marisa Jubis, Oscar E. Jubis, Rolando Jubis, Deborah Siman, Sandra Siman Levy, Adela Siman-Prieto, Julio Siman, Ana Siman Zablah, Luis E. Siman Jr., and Alex Siman (collectively, the "Guarantors").

## RECITALS

A.      Southeastern Paper Products Export, Inc. (the "Borrower") has issued in favor of Robert Stahl Molina or Maria Marta Biener de Stahl, Jointly, an Amended and Restated Registered Promissory Note, dated March 17, 2003, in the amount of Two Million Six Hundred Fifty-Eight Thousand Seven Hundred Ninety-Six Dollars and 21/100 ($2,658,796.21), to amend, replace and restate that certain registered promissory note dated April 9, 2002 in the original principal amount of $4,787,509.02.

B.      The Borrower has issued in favor of Patson Investment Corp. (Giuseppina Rosomo De Stahl – Power of Attorney) an Amended and Restated Registered Promissory Note, dated March 17, 2003, in the amount of Four Hundred Fourteen Thousand Eight Hundred Seventy-Six Dollars and 39/100 ($414,876.39), to amend, replace and restate that certain registered promissory note dated April 9, 2002 in the original principal amount of $747,039.00.

C.      The Borrower has issued in favor of Rodolfo J. Stahl M. P/O/D Rodolfo Christian Stahl or Giuseppina or Astrid, Jointly, an Amended and Restated Registered Promissory Note, dated March 17, 2003, in the amount of Three Hundred Eighty-Eight Thousand Seven Hundred Fifty-Two Dollars and 76/100 ($388,752.76), to amend, replace and restate that certain registered promissory note dated April 9, 2002 in the original principal amount of $700,000.00 (collectively, the promissory notes described under Recitals A, B and C shall be referred herein as the "Amended Notes").

D.      The Guarantors entered into a Guaranty of Payment (the "Guaranty) in connection with the execution and delivery of the three original promissory notes amended, replaced and restated by the Amended Notes, guaranteeing the payment and performance of all the obligations of the Borrower thereunder.

E.      As a material inducement to the payees to accept the terms set forth in the Amended Notes, the Guarantors have agreed to reaffirm their obligations under the Guaranty in accordance with the terms of the Amended Notes.

NOW, THEREFORE, in consideration of the forgoing premises, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Guarantors agree as follows:

1.      Each of the Guarantors expressly ratifies and reaffirms his/her obligations pursuant to the Guaranty to guarantee the payment of the indebtedness reflected by the Amended

Notes, as well as the full and complete performance of all the obligations of the Borrower pursuant to the terms of the Amended Notes, and hereby affirms the continuing validity, effectiveness and enforceability of his/her guaranty under the Guaranty in accordance with the terms of the Amended Notes.

2.    Each of the Guarantors further acknowledge and agrees that his/her guarantee under the Guaranty has not in any manner been released, waived, limited or otherwise affected by the execution and delivery of the Amended Notes.

3.    Each of the Guarantors hereby waives any and all claims or defenses that each or any of them may have to the enforcement of this debt or Guaranty, including but not limited to, any defense based on any claim of usury or upon any issue relating to the Lenders' ownership of the original indebtedness giving rise to the Amended and Restated Notes.

4.    Each of the Guarantors hereby irrevocably submit to the jurisdiction of any Florida state or federal court sitting in Miami, Florida, U.S.A. over any action or proceeding arising out of or relating to the Amended and Restated Notes.

5.    THE GUARANTORS BY EXECUTING, AND THE HOLDER BY ACCEPTING, THIS REAFFIRMATION OF GUARANTY EACH WAIVE EACH OF THEIR RESPECTIVE RIGHTS TO A JURY TRIAL OF ANY CLAIM OR CAUSE OF ACTION BASED UPON OR ARISING OUT OF THIS REAFFIRMATION OF GUARANTY.

IN WITNESS WHEREOF, the parties hereto have entered into this Reaffirmation of Guaranty as of the date first written above.

Fernando Siman, Sr.

Alvaro Siman

Eduardo Jubis

Marisa Jubis

Rolando Jubis

Fernando Siman, Jr.

Lisette Jubis Joanides

Oscar E. Jubis

Deborah Siman

Adela Siman-Prieto

Signatures continued on next page

2

Sandra Siman Levy

Julio Siman

Luis E. Siman Jr.

Ana Siman Zablah

Alex Siman

_____
(line intentionally left blank)

3